Arthur Thyme
201 Maple St.
Chelsea, Massachusetts 02150
858.262.4382 (cl)
E-MAIL PREFERRED: jesse.swartz5@gmail.com

FILED
IN CLERKS OFFICE

2021 JUN 17 AM 11: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Arthur Thyme,<br>        Plaintiff-petitioner.<br><br>v.<br><br>The Republican Party &<br>The Democratic Party,<br>        Defendant-respondents. | ) CASE NO.<br>)<br>)<br>) **PETITION TO COMPEL REMEDY**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## I.   Introduction

The petition within is based upon a conclusion drawn from many experiences, those experiences most recently documented in the petition and supporting brief found in No. 21-10970 (D.Mass.), Docs 1 and 7.  The Omega entity described in that suit is, pursuant to this filing, actuated and empowered by a significant portion of the two major U.S. political parties.

## II.   Jurisdiction

28 U.S.C. § 1331 gives the federal courts jurisdiction where the matter relates to a violation of federal law.  The entity responsible for quelling inter-state criminal activity is the U.S. Department of Justice via the Racketeering Influenced and Corrupt Organizations Act ("RICO") codified in 18 U.S.C. § 1961 *et seq.*

## III.   Cause of Action

The two major political parties operate as gangs.  The two gangs are not only in violation of the RICO Act, they violate Constitutional premise and common sense.

## IV.   Facts in Support of Claims

### A.   The Federalist Party: Building Capability

One of Alexander Hamilton's papers - Federalist Paper No. 1 – seems to sensibly suggest the presence of our country's objective:

> "It has been frequently remarked that it seems to have been reserved to…this country…to decide the important question, whether societies…are…capable or not…"[1]

Note the last phrase: "capable or not."  If we take such a phrase as a guiding principle overseeing the paths to producing value, then society's formation seems sensible.  An example: In the United States, all people, presuming they are of sound health, are not only afforded educational opportunity, those persons are expected to attend, to pay attention and to do at least a portion of their homework.

---

[1] See *Tortious Interruptus* at No. 20-cv-7370 (N.D. Ill.), Doc 60, pg. 7.

Assessment based upon such effort occurs and those assessments are usually graded on an A-F scale. At the end of their 13th year of publicly-provided education, graduates are awarded a diploma coupled with a grade point average (GPA).

Admission into college thereafter depends upon prior work effort and subsequent output, an assessment based upon essays, high school grades, extra-curricular activities, criminal records, standardized test results (i.e., the SAT exam) and the type of school a particular candidate attended. In other words, if a prospective student does not meet certain standards, that student does not gain admission into the college to which they are applying.

The summary, without belaboring the point, is that skills and capabilities are built prior to the age of 18; they are assessed thereafter, supposedly by a group of unbiased and objective individuals reviewing common measurements, those persons noting very unequal and uncommon results.  See below, SAT Math scores reported by ethnicities.

<u>Fig.  IV.A.1 -  SAT Scores (1986-2012), by Ethnicity</u>



Per the picture above, math scores for non-Asian Caucasian test-takers averaged from a 520 to a 540 (1987-2012).  Those considering themselves of Asian descent averaged a 600 and those who consider themselves African American scored an average of 430 (2012).  In addition, most states maintain truancy laws ensuring young citizens attend school.  Based on these laws, if a young adult

does not attend high school, they are punished.  In other words, the educational system and legal apparatus we have deployed follows one phrase from Federalist Paper No. 1: Are you capable or not?

B.  Party-based control vs. competency-based reward system

Petitioner, over the years, has struggled to find a precise definition of what one political party stands for versus another.  If we have a common measurement system to build and assess core capabilities as Federalist Paper No. 1 suggests we require, then why do we need two entities vying for control?  Do we require parties or do we simply require a scorecard measuring performance in a number of important trials, tests and challenges?

In our current system of governance, one party, the Democratic Party, exists to please the African American, female, Hispanic American and gay population.  In other words, if a person is gay or African American, they should vote for and support the Democratic Party.  That party, in return, will ensure their members have jobs and good lives.  They do not, after their years of education and employment, speak of their SAT Math scores or work successes; they instead focus upon their ethnicity, sexual orientation or their gender as justification for holding a particular position.  These characteristics have little to do with designing or building a car or house, but they remain the focal topics most often discussed within this party, a group seeking control of not only governmental authority, but S&P 500 leadership as well.[2]

The other major political party, The Republicans, appear to maintain geographical commonality.  They are defined as people residing in the rural areas of the United States and the group is comprised of predominantly Caucasian men, specifically those with European roots. Republicans support the freedom to acquire weapons and many are often affiliated with Christian entities; a subset of persons in this group considers themselves "the religious right."  Donald J.

---

[2] https://www.wsj.com/articles/this-years-influx-of-directors-starts-shift-in-boardroom-diversity-11623835801

Trump, Jr. is apparently the senior-most leader of this group. Based upon common characteristics, it stands to reason that if a person is heterosexual and Caucasian living in Smalltown, U.S.A, that person should therefore vote Republican and consider themselves same.

In both cases, no discussion of competencies required occurs.

So what do these groups do and why are they so influential? Why do I need to give one or the other money? If I have skills, why don't I rest my ability to gain acceptance to college or a home based upon those skills? It then occurred to me that the reason a person gives money to one or the other is to ensure your placement among their organizations.

Republicans have pooled money over the years to control the military's contractors and sponsor the police forces; Democrats control many law firms, major entertainment companies and smaller niche CPG and retail companies. The group members' leadership names the corresponding executives and Board members of these entities. A person pays into these two parties to reserve their spot in one of their member companies, as long as they continue to abide by party's policies. Membership affords people the ability to bypass legal infractions dependent upon your standing within each political party, how much you've donated over the years and whether or not you've angered a higher-ranking party member. The system is based upon loyalty, secrecy and control, not upon an individual's competency or common sense.

But note the difference in how we are defined by the educational system for the first 13 years of formal, standardized group training, and within most product-making companies where we find employment thereafter, versus how these 2 massively vague entities are defined? Apparently, there is no minimum SAT Math score for membership into either party, yet there is most certainly a minimum SAT score for membership into MIT's undergraduate engineering class, a class required to design cars or buildings every Republican or Democrat requires for their life enjoyment.

C.  The Societal Scorecard v. The Political Parties

The two political parties are vaguely defined and produce nothing themselves, yet they control all of society.  Peruse Wikipedia and you'll find that government leaders are almost always party members: A Democrat or Republican has held every significant seat in each of the 3 branches of government for the last 100 years.  Don't think a Democrat or Republican dictates judicial behavior?  Just how do you think federal judges obtain their seats?  They are conferred by a group of Democrats and Republicans.

And, at least publicly, there are no declared standardized measurements leveraged by either in obtaining their member's authority.  In fact, their basis of disagreement or concurrence is usually synonymous with what members desire.  African Americans desiring to skip math classes and gain admission into prestigious colleges are given the right, via their Democratic standing, to do so, as long as those same Democrats agree to permit a duopoly owned and controlled by Republicans to exist.  Such concurrence we call "bipartisan agreements."  And bipartisanship is wonderful.

To maintain dominance, one candidate is defamed in favor of the other, media investments occur to ensure image and public perception is properly controlled, and placating the majority's every wish – regardless of the skill sets of that majority – dictates who takes over command of the U.S. military.  In school and during our employment we are expected to perform; but in politics and S&P 500 Board governance, to control society, we look only to whether a person considers themselves blue or red.  We have thus moved along the following path: common sense and reason lead us to Hamilton's capability test; Hamilton's first paper leads to whether or not a person is blue or red.

Recognizing such an illogical and vague system is why the scorecard was developed.  See No. 17-55649 (C.A.9) at Doc 146.  What are all the skills required to be built and how do we measure each citizen in every aspect, according to that aspect's important?  And how do we distribute benefits

according to these common assessments?  It's not original; people ages 5 through 18 all have opportunity to pass through the scorecard's activities and tests.  If a person is ranked based upon its segments and distributions prior to their 18th year on Earth, with a few minor changes to the scorecard last filed, those ranking high will be sound members of society, highly capable in a number of economically valuable areas.

But consider the following: If the *Scorecard*'s measures suggest the absence of skills in the current power base (i.e., Democrats and Republicans holding seats of power), then an enormous oppositional uproar to the scorecard will occur.  In other words, the opposition to *The Scorecard*, built on logic and reason, would be based upon the two parties' dependence upon something other than what is within it.  Donald J. Trump may have scored a 500 on his SAT Math section and never worked a difficult job in his life.  He doesn't want the world to know such is the case if he seeks a leadership position.  Such disparity makes him look and sound inept.

Furthermore, The Omega blacklisting and punishment system introduced in No. 21-10970 (D.Mass.) is owned and operated by high-ranking Democrats and Republicans to protect these two parties' control over all society.  If petitioner, as example, was a former Republican, upset a ranked member via disloyalty or disagreement thereby making the party member look foolish or inept, he is subsequently cast out and punished by a series of persons and entities operating within The Omega, veiled underneath non-profit umbrellas, as was partially described in that suit.

Such a system, and knowledge of its existence, is how the two groups maintain control.  A high-ranking party official need not know business fundamentals, he or she must simply be loyal.

//

## V.    Remedy[3]

If this petition or complaint is accurate in its basic assertion – that the two political parties have

become synonymous with gangs – then the FBI, the entity responsible for eliminating political

corruption and inter-state gang activity – would need to recognize this fact and elevate, to Zeus

perhaps, the following high level steps as a necessary plan of action to correct the matter.

### A.  New system creation

A new political system would need to be created behind closed doors, that system based upon

objective skill development and proper assessment thereof.  The system would rank all citizens'

foundational competencies by a scorecard's measures, after first creating the scorecard itself, those

persons would do so accurately and then, within that group of highly scored individuals, identify the

most competent persons for selection and placement into the new government's, and F1000's,

leadership after additional tests are assessed during private sector competition (i.e., foundation ->

private sector -> governance).   The military would be informed and prepared for the remove and

replacement process to follow.

### B.  Disclosure

Current Republican and Democratic leadership would be informed of the problem and why

they were going to be removed.  The disclosure process would be intended to convince those

compromised persons of the problem in order to permit them to step aside in favor of the newly

trained leaders to avoid casualties.

### C.  Remove and replace process initiated

With the support of the now-briefed military, the highest ranked persons based on the scorecard's

assessment, including their private sector performances post-education, are then deployed into

governmental entities and F1000 firms in order to replace those who have been compromised by their

---

[3] See 5 U.S.C. § 706.

party membership.  Democrats and Republicans are replaced in their entirety by scorecard-ranked and vetted personnel in all levels of local, state and federal departments.

D. Industry shut down, re-staffing

Thereafter, all industries plagued by the parties' influence would need to be shut down temporarily.  Industries compromising rules (i.e. banned substance use) and manipulating performance measures (i.e., athletic, media and entertainment entities leveraging banned substance use, persons in power with absent or below-the-bar skills) are shut down as new leaders rid themselves of these influences.  Those entities are then re-staffed with impartial persons ranked by a common scorecard's measures and restarted after their respective houses have been cleaned.

E. Law and policy re-write

New leadership would review all laws to ensure the presence of sensibility, clarity and logic. Where those traits are found absent, the laws are removed or rewritten.  Laws favoring or disfavoring persons based upon gender, sexual orientation or ethnicity, as example, are replaced with more sensible measures such as SAT Math scores.  The current Electoral College and popular vote is replaced by a skill-based, scorecard assessment.  Scores and competencies dictate voting capability under a new system, yet to be created.  Vetted and trained leaders, properly placed, hold positions for their lifetimes, absent significant wrongdoings.

## VI.  Conclusion

I recently wrote to a Brigadier General, the guy running West Point, and told him that given the opportunity to attend, and knowing I would have to face what I have faced, I still would not attend West Point.  Sure, I'd have more skills and abilities relative to being able to confront and remove hostile forces I've engaged over the past decade, but I would have missed out on significant life enjoyment.

To make my point visually, I'm thinking a commercial.  My now-husky self is being chased through Boston Commons by a bunch of guys from the 82nd Airborne, several Marine recruiters, a few Navy Seals and maybe even a couple of French Foreign Legion guys wearing NATO gear.  I'm carrying a 12-pack of Budweiser, running toward a group of bikini-clad Asian ladies, floating around on some boat in Boston Commons' lake, laughing, urging me to join them.

But because I'm out of condition, I am summarily tackled by two Navy Seals just before I reach the lake.  My Budweiser cans go sprawling on the ground and I am cuffed, kicking and yelling: "NO! I don't wanna go!!!!  Get the FUCK off me!!!!"  The crew carries me to a nearby Army troop transport where I am thrown into the back like a sack of potatoes.

The troop transport drives off to Credence Clearwater Revival's "Fortunate Son."

The camera returns to the Hot Asian Lady Boat where Matt Damon, Ben Affleck and the Wahlberg brothers are seen enjoying ice cold Budwesiers, smiling and laughing with the ladies.

Respectfully,

__s/_Arthur Thyme_____
Arthur Thyme

Date: 6/17/2024